UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Diana Gongora

Write the full name of each plaintiff.

_____CV_____

(Include case number if one has been assigned)

-against-

NYC Health + Hospital Corp

Do you want a jury trial?

☐ Yes      ☐ No

Write the full name of each defendant. The names listed above must be identical to those contained in Section I.

# EMPLOYMENT DISCRIMINATION COMPLAINT

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/24/19

## I.    PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Diana                    P              Gongora
First Name          Middle Initial        Last Name

728 Quincy St. Apt 3
Street Address

Kings  Brooklyn                    N.Y.              11221
County, City                      State              Zip Code

917 371-7891                    dgongorart@protonmail.com
Telephone Number                Email Address (if available)

### B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1:    NYC Healthy Hospitals  Harlem Hospital
                Name
                50 Water St 17th flr
                Address where defendant may be served
                New York        N.Y.        10004
                County, City        State        Zip Code

Defendant 2:    _____
                Name

                _____
                Address where defendant may be served

                _____
                County, City        State        Zip Code

Defendant 3:

| |
|---|
| Name |

| |
|---|
| Address where defendant may be served |

| | | |
|---|---|---|
| County, City | State | Zip Code |

## II.    PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

Harlem   Hospital

Name

Lenox  Av.

Address

Halem                    N.Y.

County, City                    State                    Zip Code

## III.    CAUSE OF ACTION

### A.  Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☒ **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

The defendant discriminated against me because of my (check only those that apply and explain):

☒ race:    hispanic

☐ color:

☐ religion:

☐ sex:

☐ national origin:

☐ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

My race is: _____

☐ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

I was born in the year: _____

☐ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

My disability or perceived disability is: _____

☒ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability chemical sensitivities to components

My disability or perceived disability is: of Covid-19 vaccine which can cause detrimental health effects.

☐ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

## B. Other Claims

In addition to my federal claims listed above, I assert claims under:

☐ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☐ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☐ Other (may include other relevant federal, state, city, or county law):

_____

## IV.    STATEMENT OF CLAIM

### A.  Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

☐  did not hire me

☐  terminated my employment

☐  did not promote me

☒  did not accommodate my disability

☐  provided me with terms and conditions of employment different from those of similar employees

☐  retaliated against me

☐  harassed me or created a hostile work environment

☐  other (specify): _____

_____

### B.  Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

On Oct of 2011 I was hired by Harlem Hospital as a Creative Art Therapist II (Psychotherapist) to work on the inpatient unit doing group and individual therapy for patients. I was promoted to Creative Art Therapist III and began working in outpatient unit. This included individual therapy for outpatient patients on a daily bases. I spent a major portion of my day in outpatient unit with individuals. When Covid hit March 2020, I continued to work with my outpatient patient via phone, as well as inpatient and other units.

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

We began using protective gear, masks, head covering, groves, and sanitizing. In Sept 2021, staff received an email stating that we all needed to get the Covid 19 vaccine. I reached out to my doctor to make sure my body would be able to receive the vaccine and the lab results came back that some chemicals in the vaccine would be detrimental to my health. I presented these results to the hospital and they (the hospital) accepted my medical exemption but refused to accommodate me. I wanted to continue to work remotely with patient, as I had been for years, but they continued to say that my position did not allow for an accommodation. The hospital kept me in the system until Feb. 8, 2022, forcing me to retire early or I would be fired. Many people had been working remotely doing therapy and since I had been working remotely with patients for several years, I saw that the accommodation would be possible. I lost my job as a therapist in a NYC hospital and it has been impossible to find full time work since. This has caused great hardship for myself and my family

## V.   ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

☐   Yes (Please attach a copy of the charge to this complaint.)

When did you file your charge? _____

☐   No

Have you received a Notice of Right to Sue from the EEOC?

☒   Yes (Please attach a copy of the Notice of Right to Sue.)

What is the date on the Notice?   9/14/23

When did you receive the Notice?   9/14/23

☐   No

## VI.   RELIEF

The relief I want the court to order is (check only those that apply):

☐   direct the defendant to hire me

☐   direct the defendant to re-employ me

☐   direct the defendant to promote me

☐   direct the defendant to reasonably accommodate my religion

☐   direct the defendant to reasonably accommodate my disability

☒   direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here):

I seek financial compensation for forcing me to leave my job early, and loosing my salary from Sept 2021 and then loosing my job Feb 2022

## VII.    PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 11/16/23 | _Diana Gongora_ |
| Dated | Plaintiff's Signature |
| Diana | P | Gongora |
| First Name | Middle Initial | Last Name |

728 Quincy St
Street Address

| | | |
|---|---|---|
| Kings Brooklyn | N.Y. | 11221 |
| County, City | State | Zip Code |

917 311 7897
Telephone Number

dgongorart@protonmail.com
Email Address (if available)

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☑ Yes    ☐ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**New York District Office**
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website: www.eeoc.gov

### DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 09/14/2023

**To:** Ms. Diana Gongora
728 Quincy Street
BROOKLYN, NY 11221
Charge No: 520-2022-03153

EEOC Representative and email:    GLENDORA YOUNG
Federal Investigator
GLENDORA.YOUNG@EEOC.GOV

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally Signed By:Timothy Riera
09/14/2023

Timothy Riera
Acting District Director