UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIANA P. GONGORA,<br><br>                              Plaintiff,<br><br>          -against-<br><br>NYC HEALTH & HOSPITAL CORP.,<br><br>                              Defendant. | Case No. 1:23-cv-10093 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

       Defendant moved to dismiss the Complaint on April 16, 2024.  ECF No. 13; *see also* ECF No. 17 (affidavit of service by mail).  Plaintiff's deadline to respond to the motion to dismiss has passed without any response or other communication by Plaintiff.  As a courtesy and in light of Plaintiff's *pro se* status, *see Rosa v. Doe*, 86 F.4th 1001, 1007 (2d Cir. 2023) (the "special solicitude" afforded to *pro se* litigants "includes leniency in the application of procedural rules"), the Court will permit Plaintiff to respond to Defendant's motion to dismiss by **May 24, 2024**.  If Plaintiff fails to do so, the Court may deem Defendant's motion unopposed; alternatively, the Court may dismiss the action for failure to prosecute.

       The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

Dated: May 6, 2024
       New York, New York

                                             SO ORDERED.

                                             *Jennifer Rochon*
                                             JENNIFER L. ROCHON
                                             United States District Judge

1